IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARIUS BURLINSON,

    Plaintiff,

v.                                                Case No. 4:18cv595-MW/CAS

C. O. FRANCIS, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 50. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss filed by Defendants Francis and Morgan, ECF No. 36, is **GRANTED** and Plaintiff's claims against Defendants Francis and Morgan are **DISMISSED with prejudice** for failure to state a claim upon which relief may

1

granted, pursuant to 28 U.S.C.§ 1915(e)(2)(B)(ii) and § 1915A(b)(i). This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on February 27, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**