# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DARIUS BURLINSON,**

    Plaintiff,

v.                                    Case No. 4:18cv595-MW/CAS

**C. O. FRANCIS, et al,**

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss filed by Defendant Fead, ECF No. 45, is **GRANTED in part and DENIED in part** as follows: All claims other than the Eighth Amendment claim brought against Defendant Fead in his individual capacity are **DISMISSED**. Defendant Fead is required to file an answer to Plaintiff's amended

1

complaint, ECF No. 30, within fourteen (14) days of the date of this order. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on March 9, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**