IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARIUS BURLINSON,**

    Plaintiff,

v.                                                       Case No.  4:18cv595-MW/MAF

**C. O. FRANCIS, et al.,**

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 78.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The partial motions to dismiss filed by Defendant Stalnaker, ECF No. 63, and Defendant Simmons, ECF No. 72, are **GRANTED**. All claims other than the Eighth Amendment claim brought against Defendants Stalnaker and Simmons in their individual capacities are **DISMISSED**.  Defendants are required to file

1

answers to Plaintiff's amended complaint, ECF No. 30, within **fourteen days** of this Order. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on August 24, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**